ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| SMR Construction, Inc. | ) ASBCA No. 62775-ADR |
| | ) |
| Under Contract No. W912L1-15-C-0023 | ) |

APPEARANCE FOR THE APPELLANT:      Timothy D. Matheny, Esq.
                                                           Peckar & Abramson, P.C.
                                                           Dallas, TX

APPEARANCES FOR THE GOVERNMENT:   Scott N. Flesch, Esq.
                                                           Army Chief Trial Attorney
                                                           MAJ Nhu Thi To Tran, JA
                                                           Robert B. Neill, Esq.
                                                           Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  January 4, 2023

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62775-ADR, Appeal of SMR Construction, Inc., rendered in conformance with the Board's Charter.

Dated:  January 5, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals